CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 2 6 2018

JULIA C. DUDLEY, CLERK
BY: /s/ H McAnee
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MICHAEL S. GORBEY,<br>**Plaintiff,** | ) ) ) | Civil Action No. 7:17-cv-00091 |
| v. | ) ) ) | **ORDER** |
| LT. J. BOWLES, <u>et al.</u>,<br>**Defendants.** | ) ) | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Plaintiff's objections to the report and recommendation are **OVERRULED**; the report and recommendation is **ADOPTED**; Plaintiff's motion for a hearing and motion for a transcript are **DENIED**; Plaintiff's motion for leave to proceed without prepayment of the filing fee is **DENIED**; the action is **DISMISSED** without prejudice for failure to pay the filing fee; and the action is **STRICKEN** from the active docket.

ENTER: This 26th day of June, 2018.

/s/ Jackson L. Kiser
Senior United States District Judge